UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FEIT ELECTRIC COMPANY, INC.,<br><br>    Plaintiff and Counterclaim<br>    Defendant<br><br>v.<br><br>CREE, INC.,<br><br>    Defendant and Counterclaim<br>    Plaintiff. | 1:15-cv-00535 |

**Order**

This matter is before the Court on the Joint Motion of the parties to extend the deadline to select a mediator. The Court finds good cause to allow the request.

IT IS THEREFORE ORDERED that the Motion [Doc. #69] is GRANTED, and the deadline to select a mediator is extended to and including February 13, 2017.

This the 1st day of February, 2017

                                                  /s/ Joi Elizabeth Peake
                                          United States Magistrate Judge